LYONS & FLOOD, LLP
Attorneys for Plaintiff
ERGO SHIPPING SA
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERGO SHIPPING SA,                                    **ECF CASE**

                Plaintiff,

  - against -                                              07 Civ. 7478

HORUS SHIPPING & TRANSPORT S.A.E.,                   **RULE 7.1**
                                                **DISCLOSURE STATEMENT**

                Defendant.
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Jon Werner, a member of the Bar of this Court and an attorney with the firm of Lyons & Flood, LLP, attorneys for plaintiff ERGO SHIPPING SA, certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of Plaintiff which are otherwise publicly held in the United States.

      Dated: New York, New York
             August 23, 2007

                              LYONS & FLOOD, LLP
                              Attorneys for Plaintiff
                              ERGO SHIPPING SA

              By:    _____
                        Jon Werner (JW-5000)
                        65 West 36th Street, 7th Floor
                        New York, New York 10018
                        (212) 594-2400

U:\kmhldocs\2602003\Pleadings\Rule 7.1.doc