# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

### APPEARANCE

Case Number: 07 CIV 7478 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ergo Shipping SA, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/28/2007 | *Kirk M. Lyons* (signature) |
| Date | Signature |
| | Kirk M. Lyons — KL-1568 |
| | Print Name — Bar Number |
| | 65 West 36th Street, 7th Floor |
| | Address |
| | New York — NY — 10018 |
| | City — State — Zip Code |
| | (212) 594-2400 — (212) 594-4589 |
| | Phone Number — Fax Number |