USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

JUDGE PRESKA

LYONS & FLOOD, LLP
Attorneys for Plaintiff
ERGO SHIPPING SA
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERGO SHIPPING SA,

      Plaintiff,

 - against -

HORUS SHIPPING & TRANSPORT S.A.E.,

      Defendant.
------------------------------------------------------------X

ECF CASE

07 Civ.

EX PARTE ORDER FOR
PROCESS OF MARITIME
ATTACHMENT AND
GARNISHMENT

  **WHEREAS**, on August 23, 2007, Plaintiff, ERGO SHIPPING SA, ("ERGO"), filed the Verified Complaint herein for damages amounting to $73,800.00 inclusive of interest, costs, and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure, and

  **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of defendants' tangible and intangible property within the District of this Court, and

  **WHEREAS,** the Court has reviewed the Verified Complaint and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

  **ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all goods and chattels, and if such property cannot be found, against other tangible or intangible property, credit and effects, claimed by or being held for the defendants by any garnishees within

this District, including the garnishees listed in Attachment "A" to the Process of Maritime Attachment and Garnishment and/or any other garnishee(s) on whom a copy of the *Ex-Parte* Order for Process of Attachment and Garnishment in an amount up to and including $73,800.00 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED,** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED,** that supplemental process enforcing the Court's *Ex-Parte* Order for Process of Maritime Attachment and Garnishment may be issued by the Clerk upon application of the plaintiff without further Order of the Court; and it is further

**ORDERED,** that a copy of this *Ex-Parte* Order be attached to and served with said Process of Maritime Attachment and Garnishment; and it is further

**ORDERED,** that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED,** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day.

August 23, 2007

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

- 2 -

Dated: New York, New York
August 23, 2007

SO ORDERED:

_____
U.S.D.J.

U:\kmhldocs\2602003\Pleadings\Attachment Order.doc

## ATTACHMENT "A"

Citibank
399 Park Avenue
New York, NY 10022

Bank of America
c/o Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10002

Bank of New York
1 Wall Street
New York, NY 10286

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY

HSBC (USA)
120 Broadway
New York, NY

Wachovia Bank
360 Madison Avenue
New York, NY 10017

Barclay's Bank
200 Park Avenue
New York, NY 10166

Standard Chartered Bank
1 Madison Avenue
New York, NY 10010

Deutsche Bank
60 Wall Street
New York, NY 10006

Fortis
520 Madison Avenue
New York, NY 10022

UBS
299 Park Avenue
New York, NY 10171