LYONS & FLOOD, LLP
Attorneys for Plaintiff
ERGO SHIPPING SA
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ERGO SHIPPING SA,                                    **ECF CASE**

             Plaintiff,

  - against -                                                 07 Civ.

HORUS SHIPPING & TRANSPORT S.A.E.,

             Defendant.
------------------------------------------------------------X

### AFFIRMATION IN SUPPORT OF MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO SUPPLEMENTAL RULE B (1)

JON WERNER, hereby affirms and states under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of this Court and an attorney with the law firm of Lyons & Flood, LLP, attorneys for Plaintiff, ERGO SHIPPING SA ("ERGO"). I submit this Affirmation in support of Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rules B and E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. Your affiant has attempted to locate the defendant HORUS SHIPPING & TRANSPORT S.A.E., ("HORUS") within this District. As part of the investigation, my office has contacted the Division of Corporations of the New York Department of State

and found no records indicating that defendant was either incorporated or licensed to do business in the State of New York.

3. There are also no relevant telephone listings for HORUS in the New York telephone information service, or in the New York Telephone Directory or other directories for the area codes within this District.

4. Plaintiff respectfully asserts that the defendant cannot be found in this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5. Upon information and belief, HORUS has tangible or intangible personal property including goods, chattels or credits and effects within the District in the hands of, among others, the banks and garnishees identified in Attachment A.

6. It is respectfully requested that Process of Maritime Attachment and Garnishment requested in the accompanying Verified Complaint be issued herein, attaching the defendant's account(s) within the District in the amount of $73,800.00, as provided by the Federal Rules of Civil Procedure.

I declare and state under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 23, 2007

_____
Jon Werner

U:\kmhldocs\2602003\Pleadings\Affirmation in Support.doc

**ATTACHMENT "A"**

Citibank
399 Park Avenue
New York, NY 10022

Bank of America
c/o Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10002

Bank of New York
1 Wall Street
New York, NY 10286

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY

HSBC (USA)
120 Broadway
New York, NY

Wachovia Bank
360 Madison Avenue
New York, NY 10017

Barclay's Bank
200 Park Avenue
New York, NY 10166

Standard Chartered Bank
1 Madison Avenue
New York, NY 10010

Deutsche Bank
60 Wall Street
New York, NY 10006

Fortis
520 Madison Avenue
New York, NY 10022

UBS
299 Park Avenue
New York, NY 10171

LYONS & FLOOD, LLP
Attorneys for Plaintiff
ERGO SHIPPING SA
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

07 CV 7478

JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERGO SHIPPING SA,

                           Plaintiff,

  - against -

HORUS SHIPPING & TRANSPORT S.A.E.,

                           Defendant.
------------------------------------------------------------X

ECF CASE

07 Civ.

**AFFIRMATION IN SUPPORT OF MOTION FOR APPOINTING PERSON TO SERVE PROCESS**

      JON WERNER, hereby affirms and states under penalty of perjury pursuant to 28 USC § 1746:-

      1.     I am a member of the bar of this Court and an attorney with the law firm of Lyons & Flood, LLP, attorneys for plaintiff, ERGO SHIPPING SA, ("ERGO"). I submit this Affirmation in support of Plaintiff's *ex parte* Motion for Order Appointing Person to Serve Process.

      2.     The proposed Order accompanying this Affirmation would appoint Gotham Process Services, 299 Broadway, New York, New York 10007 or its designate to serve the Verified Complaint, Summons, Process of Attachment and Garnishment and other process, under Rule B (1) (d) (ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

      3.     Our firm has used employees of Gotham Process Services in the past for the same or similar service tasks and believe this appointment would expedite the service of process in this action.

      4.     Therefore, I respectfully request the Court enter the accompanying Order

Appointing Person to Serve Process so that Process of Maritime Attachment and Garnishment may be served.

I declare and state under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 23, 2007

                              LYONS & FLOOD, LLP
                              Attorneys for Plaintiff
                              ERGO SHIPPING SA

By: _____
       Jon Werner (JW-5000)
       65 West 36th Street, 7th Floor
       New York, New York 10018
       (212) 594-2400

U:\kmhldocs\2602003\Pleadings\Affidavit in Support of Motion to Appointing Person to Serve Process.doc