BLANK ROME, LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY  10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERGO SHIPPING SA,<br><br>                     Plaintiff,<br><br>            v.<br><br>HORUS SHIPPING & TRANSPORT S.A.E.,<br><br>                     Defendant. | 07 CV 7479 (LAP)<br><br>**F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       February 26, 2008

                                                            Respectfully submitted,
                                                            BLANK ROME, LLP
                                                            Attorneys for Defendant

                                                            By_____
                                                            Jeremy J.O. Harwood (JH 9012)
                                                            405 Lexington Avenue
                                                            New York, NY 10174
                                                            Tel.: (212) 885-5000

294478.1
129156.00601/6619526v.1