```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ERGO SHIPPING SA,                    :    07 Civ. 7478 (LAP)
                                     :
                  Plaintiff,         :
                                     :    ORDER
         v.                          :
                                     :
HORUS SHIPPING & TRANSPORT S.A.E.    :
                                     :
                  Defendant.         :
                                     :
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

The parties shall confer and inform the Court of the status of this action by May 30, 2008.

SO ORDERED:

Dated:   New York, New York
         May 2, 2008

                                          _____
                                          LORETTA A. PRESKA, U.S.D.J.