# LYONS & FLOOD, LLP

ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

JON WERNER
E-Mail: jwerner@lyons-flood.com
ADMITTED IN NEW YORK,
NEW JERSEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

May 30, 2008

**BY TELEFAX**      (212) 805-7941

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

Re:   Ergo Shipping SA v. Horus Shipping & Transport S.A.E.
      <u>07 Civ. 7478 (LAP)</u>
      Our file: 2602003

Dear Judge Preska:

We are attorneys for plaintiff in this Rule B attachment action and write this joint letter pursuant to Your Honor's Order of May 2, 2008, directing the parties to confer and inform the Court of the status of this action.

We report that plaintiff continues to hold a total of $41,085.00 at Deutsche Bank as security for satisfaction of its arbitration award, and that the parties are continuing to negotiate the settlement of this claim.

We are currently awaiting a response from defendant as to a settlement counterproposal, and thus, the parties jointly request an additional sixty (60) days to complete settlement of this matter.

We thank you for your attention to this matter.

*[Handwritten order: Counsel shall report to the Court by letter no later than July 25, 2008.*

*SO ORDERED*

*Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 30, 2008]*

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435    FAX: (201) 569-4438

CONNECTICUT OFFICE:

Respectfully yours,

**Lyons & Flood, LLP**

By: Jon Werner

<u>**VIA FACSIMILE**</u>                    (917) 332-3720

cc: Jeremy J.O. Harwood
    BLANK ROME LLP
    405 Lexington Avenue
    The Chrysler Building
    New York, NY 10174

U:\kmhldocs\2602003\Correspondence\Preska 02 ltr.doc