# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08

JON WERNER
E-Mail: jwerner@lyons-flood.com

ADMITTED IN NEW YORK,
NEW JERSEY

July 25, 2008

**BY TELEFAX**                                       (212) 805-7941

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

Re:   Ergo Shipping SA v. Horus Shipping & Transport S.A.E.
      <u>07 Civ. 7478 (LAP)</u>
      Our file: 2602003

Dear Judge Preska:

We are attorneys for plaintiff in this Rule B attachment action and write this joint letter pursuant to Your Honor's Order of May 30, 2008, directing the parties to write to the Court regarding the status of this action.

We report that the parties are continuing to negotiate towards a settlement of this case and request that the parties write a further status letter in thirty (30) days.

We thank you for your attention to this matter.

Respectfully yours,

Lyons & Flood, LLP

By: Jon Werner

*So ordered*
*Loretta A. Preska*
*USDJ*
*August 4, 2008*

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435  FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355  FAX: (203) 661-2577